IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 11-cv-02554-BNB

OCT 2 4 2011

RONALD M. COX,

GREGORY C. LANGHAM
CLERK

Plaintiff,

v.

CORRECTIONAL OFFICER PASTELLETTI, at Denver Recovery and Diagnostics
    Center,
TOM CLEMENS [sic], Executive Director of Colorado Department of Corrections,
NURSE PRACTITIONER DOUG, at Denver Recovery and Diagnostics Center,
WARDEN ZAVISLAN, at Denver Recovery and Diagnostics Center,
ASST. WARDEN DIEITCHRICT, at Denver Recovery and Diagnostics Center,
CAPTAIN REAUX, at Denver Recovery and Diagnostics Center,
CAPTAIN CHAVEZ, at Denver Recovery and Diagnostics Center,
CAPTAIN ZERBO, at Denver Recovery and Diagnostics Center, and
LIEUTENANT CARIGAN, at Denver Recovery and Diagnostics Center,

        Defendants.

---

ORDER ALLOWING PLAINTIFF TO PROCEED
WITHOUT PAYMENT OF AN INITIAL PARTIAL FILING FEE

---

Pursuant to the Court's October 5, 2011, Order Granting Leave to Proceed

Pursuant to 28 U.S.C. §1915, Plaintiff filed an updated inmate account statement to

show cause why he has no assets and no means by which to pay the designated initial

partial filing fee.  Based on the updated account statement that he submitted to the

Court on October 14, 2011, the Court finds that Plaintiff is unable to pay an initial partial

filing fee pursuant to 28 U.S.C. § 1915(b)(1).

Section 1915 requires a prisoner bringing a civil action "to pay the full amount of

a filing fee." 28 U.S.C. § 1915(b)(1).  If a prisoner is unable to afford the full amount of

the filing fee when the case is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Because Plaintiff's trust fund account statement indicates that he has insufficient funds in his inmate account to pay an initial partial filing fee and that he has no other available assets, Plaintiff may proceed in this action without payment of an initial partial filing fee. The Court will proceed to review Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine whether it is frivolous or malicious, or seeks monetary relief against a defendant who is immune from such relief.

Although he need not pay an initial partial filing fee, Plaintiff remains obligated to pay the required $350.00 filing fee through monthly installments as directed in this Order. Accordingly, it is

ORDERED that Plaintiff may proceed in this action without payment of an initial partial filing fee. Plaintiff remains obligated to pay the full amount of the required $350.00 filing fee pursuant to 28 U.S.C. § 1915(b)(1) regardless of the outcome of this action. It is

FURTHER ORDERED that, until the $350.00 filing fee is paid in full, Plaintiff shall make monthly payments to the Court of twenty percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Plaintiff is directed to make the necessary

2

arrangements to have the monthly payments identified by the civil action number on this

Order.  Plaintiff must file a current certified copy of his trust fund account statement to

show cause.  It is

FURTHER ORDERED that if Plaintiff fails to have the appropriate monthly

payment sent to the Clerk of the Court each month or to show cause each month, as

directed above, why he has no assets and no means by which to make the monthly

payment the Complaint may be dismissed without further notice.  It is

FURTHER ORDERED that process shall not issue until further order of the

Court.  It is

**FURTHER ORDERED that the Court may dismiss this action and may apply**

**all or part of the filing fee payments tendered in this action to satisfy any filing fee**

**debt Plaintiff may owe in a prior action or actions if Plaintiff fails to stay current**

**with his payment obligations in the prior action or actions.**

DATED October 24, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02554-BNB

Ronald M Cox
Prisoner No. 134904
Limon Correctional Facility
49030 Colorado 71
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 24, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk