IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02554-BNB

RONALD M. COX,

    Plaintiff,

v.

(DRDC) CORRECTIONAL OFFICER PASTILLETTI (CDOC),
NURSE DOUG OF (DRDC) (CDOC),
(DRDC) WARDEN ZAVISLAN (CDOC),
(DRDC) CAPTAIN REAUX (CDOC),
(DRDC) CAPTAIN ZERBO (CDOC),
(DRDC) LIEUTENANT CARIGAN (CDOC), and
TOM CLEMENTS, Executive Director of D.O.C.,

    Defendants.

## ORDER TO DISCHARGE SHOW-CAUSE ORDER

    Plaintiff, Ronald M. Cox, is a prisoner in the custody of the Colorado Department of Corrections at the Buena Vista Correctional Facility in Buena Vista, Colorado.  Mr. Cox claims in this action that his rights under the United States Constitution have been violated.  On March 1, 2012, the court ordered Mr. Cox to show cause why this action should not be dismissed for failure to comply with the filing fee payment requirements of 28 U.S.C. § 1915(b)(2).  Mr. Cox specifically was advised that, in order to show good cause, he must submit a certified copy of his inmate trust fund account statement for the period from December 2011 through February 2012 and, if he was required to make a filing fee payment in any of those months, he also must make the required monthly filing fee payment(s).

On March 9, 2012, Mr. Cox submitted a certified copy of his inmate trust fund account statement that indicates he has had a negative balance in his inmate trust fund account for the entire period from September 1, 2011, through March 6, 2012. Therefore, the court finds that Mr. Cox has shown good cause for his failure to make any monthly filing fee payments between December 2011 and February 2012 and the Order to Show Cause will be discharged.  However, even if he is unable to make monthly filing fee payments in the future, Mr. Cox still must submit a certified copy of his inmate trust fund account statement each month in order to show cause why he is unable to make a monthly filing fee payment.  Accordingly, it is

ORDERED that the court's Order to Show Cause (ECF No. 15) filed in this action on March 1, 2012, is discharged.

DATED March 13, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge