IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02554-REB-MEH

RONALD M. COX,

      Plaintiff,

v.

DOUG, Nurse of (DRDC) (CDOC),
ZAVISLAN, (DRDC) Warden (CDOC), and
REAUX (DRDC) Captain (CDOC),

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 27, 2012.**

      Before the Court are Plaintiff's Motion for Case Status [filed November 21, 2012; docket #51] and a letter from the Plaintiff to the Clerk of Court construed by the Court as a motion for case status [filed November 26, 2012; docket #53]. The Court will **grant** the Motion for Case Status as follows: the Clerk of the Court is directed to send a copy of the docket sheet to the Plaintiff with a copy of this minute order. The letter is **denied** as duplicative.