IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02554-REB-MEH

RONALD M. COX,

    Plaintiff,

v.

DOUG, Nurse of (DRDC) (CDOC),
ZAVISLAN, (DRDC) Warden (CDOC), and
REAUX (DRDC) Captain (CDOC),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2012.**

    Plaintiff's Motion Requesting Assistance in Obtaining Medical Records and X-Rays [filed December 3, 2012; docket #57] is **denied**. Discovery in this case is currently stayed pending resolution of the motion to dismiss and, even if it were not, pursuant to 28 U.S.C. § 1915(c), the Court is required only to assist prisoners proceeding *in forma pauperis* with expenses related to printing a record on appeal or printing a transcript of court proceedings under certain circumstances.