IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02554-REB-MEH

RONALD M. COX,

      Plaintiff,

v.

ZAVISLAN, (DRDC) Warden (CDOC), and
REAUX (DRDC) Captain (CDOC),

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 30, 2013.**

      Before the Court is Plaintiff's Renew [sic] Motion for Assistance [filed April 29, 2013; docket #78]. It is unclear exactly what relief the Plaintiff seeks. To the extent the Plaintiff seeks the assistance of volunteer counsel, the Court has already granted Plaintiff's request and his case has been placed on a list seeking volunteer counsel. To the extent the Plaintiff seeks assistance in paying for copies of his medical file, the Court has already ruled that, pursuant to 28 U.S.C. § 1915(c), the Court is required only to assist prisoners proceeding *in forma pauperis* with expenses related to printing a record on appeal or printing a transcript of court proceedings under certain circumstances. Thus, in either case, the motion is **denied**.

      The Court notes that discovery has recently begun in this case and to the extent Plaintiff seeks copies of documents or information from the Defendants, he may ask for them through his discovery requests.