IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02554-RM-MEH

RONALD M. COX,

    Plaintiff,

v.

ZAVISLAN, (DRDC) Warden (CDOC), and
REAUX (DRDC) Captain (CDOC),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 24, 2013.**

    Before the Court is a letter from Plaintiff to Judge Moore, which the Court has construed as a motion for assistance of counsel and for access to subpoenas [filed June 7, 2013; docket #89]. First, to the extent the Plaintiff seeks the assistance of volunteer counsel, the Court has already granted Plaintiff's request and his case has been placed on a list seeking volunteer counsel. This is the Plaintiff's second request for assistance since the Court's March 28, 2013 order granting his original request; the Court reminds the Plaintiff that it can do no more than place his case on a list of cases from which volunteer counsel may choose to represent a *pro se* party. The Plaintiff's motion in this respect is **denied**.

    Furthermore, the Plaintiff states that he has requested the issuance of ten (10) subpoenas from the Clerk of the Court; however, there is no indication in the record that the Plaintiff has made any such request. The Plaintiff may do so by separate motion.