IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02554-RM-MEH

RONALD M. COX,

      Plaintiff,

v.

ZAVISLAN, (DRDC) Warden (CDOC), and
REAUX (DRDC) Captain (CDOC),

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 2, 2013.**

      Plaintiff's Motion to Compel [filed July 1, 2013; docket #93] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 37.1.  Plaintiff's motion actually appears to be a request for production of documents to the Defendants, which should be submitted directly to the Defendants, not filed with the Court.  Before filing a motion to compel, the Plaintiff must have already propounded a discovery request to the Defendants then, if denied, the Plaintiff may seek to compel production of the requested discovery.  *See* Fed. R. Civ. P. 37.