IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02554-RM-MEH

RONALD M. COX,

      Plaintiff,

v.

ZAVISLAN, (DRDC) Warden (CDOC), and
REAUX (DRDC) Captain (CDOC),

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2013.**

      Before the Court is a letter dated November 9, 2013 filed by the Plaintiff, which has been construed by the Court as a Motion for Status of the Case [filed November 13, 2013; docket #120]. The motion is **granted in part** as follows.  Plaintiff claims that he received no "response" (reply) from the Defendants to his response to the motion for summary judgment.  The reply was filed November 1, 2013 to which is attached a certificate demonstrating service upon the Plaintiff by mail to the address listed on the docket at Sterling Correctional Facility.  *See* docket #118.  This Court issued a recommendation to grant the motion for summary judgment (docket #119), and the Plaintiff timely filed an objection to the recommendation (docket #130).  The recommendation remains pending before the District Court.  No other proceedings in this case are scheduled to take place before this Court.  All other relief requested in the motion is **denied**.