IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02554-RM-MEH

RONALD M. COX,

      Plaintiff,

v.

ZAVISLAN, (DRDC) Warden (CDOC), and
REAUX (DRDC) Captain (CDOC),

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 26, 2013.**

      As noted with Plaintiff's previously filed motion to compel, Plaintiff's Motion to Compel Discovery [filed December 24, 2013; docket #135] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 37.1, which states:

> A motion under Fed. R. Civ. P. 26 or 37 directed to an interrogatory, request, and response under Fed. R. Civ. P. 33, 34 or 36 *shall set forth either in the text of the motion or in an exhibit to the motion the specific interrogatory, request or response to which the motion is directed*.

(emphasis added). Here, Plaintiff attached only what appears to be a May 16, 2013 cover letter for his "Request for Production of Documents, Answers to First Set of Interrogatories, Request for Admissions." *See* docket #135 at 3. Typically, parties filing motions to compel attach a copy of the opponent's written response to the discovery request, which informs the Court of the request, response and any objections made.